## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF DAVID EUGENE GRANT FOR A SAMPLE OF HIS DNA VIA BUCCAL SWABS | Case No. 5:24mj76-MJF |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION
### FOR A SEARCH WARRANT

I, Andrew Polas being duly sworn, do hereby depose and state as follows:

### Introduction and Agent Background

1.  I am a police officer with the Portland Police Bureau (PPB) Department of Public Safety Standards and Training (DPSST) #43489 and have been since March of 2004. I attended the Oregon Police Corps Academy for twenty-four (24) weeks. I then attended the PPB's Advanced Academy for an additional twelve (12) weeks. My formal law enforcement training includes an advanced certificate from DPSST as a certified police officer in the State of Oregon. I have received over 1600 hours of training regarding criminal investigations and law enforcement techniques. I worked as a patrol officer for the first six (6) years of my career before joining the Gang Enforcement Team in 2010. In October of 2018, I joined the Gun Violence Reduction Team and am now currently assigned to the Enhanced

RCVD USDC FLND PC
AUG 21 '24 AM8:19
/9c

Community Safety Team (ECST). I am also a sworn Task Force Officer (TFO) with the FBI's Metro Safe Streets Task Force (MSSTF). As a sworn TFO, I am authorized to investigate and enforce violations of the criminal laws set forth in Titles 18 and 21 of the United States Code. My training and experience include participation in large scale investigations resulting in the arrest and prosecution of offenders at the federal level. I have personally participated in or directed many aspects of investigations, including conducting physical surveillance and court-authorized wiretaps, using confidential human sources, analyzing telephone and other records, and writing and executing various types of search and arrest warrants.

### Purpose of Affidavit

2. This affidavit is submitted in support of an application to obtain a search warrant authorizing the collection of Deoxyribonucleic acid (DNA) samples from David Eugene Grant. Grant is described as a black male with a date of birth ███████████████, with Social Security Number ███████████, and FBI number ███████████ and Oregon State Identification Number ███████████. (**Attachment A**). On June 22, 2004, Grant was convicted of Assault in the Third Degree and sentenced to 20 months at Coffee Creek Correctional Facility. On December 12, 2019, Grant was convicted of Domestic Violence Assault in the Fourth Degree, and Tampering with a Witness, and was sentenced to 30 months in prison. On February 5, 2020, Grant was convicted of Assault in the Fourth Degree, and Tampering with a Witness,

and was sentenced to 30 months at Coffee Creek Correctional Facility. Based on Grant's criminal history, I believe him to be a felon who is prohibited from possessing any firearm or ammunition, or to receive any firearm or ammunition which has been shipped or transported in interstate commerce.

## Applicable Law

3.    Title 18, United States Code, Section 922(g)(1) prohibits the possession of a firearm by any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

## Facts Establishing Probable Cause

4.    On June 7, 2024, at 12:55 PM, the Honorable Judge Celia A. Howes authorized a signed search warrant to search Grant's residence located at ███████ ███████████████████, Portland, Oregon, as well as a signed search warrant to collect Grant's DNA, and a signed arrest warrant for Grant for the charges of Attempted Murder in the Second Degree with a Firearm (ORS 163.115), Assault in the First Degree with a Firearm (ORS 163.185), Unlawful Use of a Weapon with a Firearm (ORS 166.220), and Possession of Weapons by Certain Felons with a Firearm (166.270). The warrant and affidavit are marked as **Attachment C** and are incorporated by reference herein. On June 18, 2024, I was notified by Sgt. Patrick Mawdsley DPSST# 46428 of the Portland Police Bureau that Grant had been arrested in Holmes County, Florida. Sgt. Mawdsley informed me he spoke with

3

Sheriff John Tate from the Holmes County Sheriff's Office who forwarded the police reports to Sgt. Mawdsley. Sgt. Mawdsley then forwarded me the Florida police reports.

5.     On June 26, 2024, I read a police report written by Holmes County Sheriff Deputy C. Guster (ID# 38) documented under Holmes County Sheriff's Department Case #2024-009497 and learned the following. On June 18, 2024, Deputy Guster was dispatched to a rest stop in Ponce De Leon, Florida, regarding a possible kidnapping victim and suspect at the location. Deputy Guster noted the suspect vehicle was reported to be a silver 2020 Chevy Impala with an Illinois license plate and was reported to be occupied by a male and a female.

6.     Deputy Guster documented that when he arrived, he observed a vehicle matching the description of the kidnapping vehicle travelling north on State Road 81 leaving the rest stop. Deputy Guster pulled in behind the silver Chevy Impala and initiated a traffic stop on the vehicle. Deputy Guster reported he ordered the driver out of the vehicle and to walk back to the patrol car. The driver of the vehicle complied. The driver was detained by Deputy Guster and placed in the back of his patrol car. Deputy Guster reported the driver was later identified as Grant.

7.     Deputy Guster ordered the female passenger out of the car, she complied and was detained. The female passenger was identified as ███ Stokes. Deputy Guster asked both passengers for permission to obtain their IDs out of the

4

vehicle. Both passengers stated their IDs were in a grey bag in the trunk of the vehicle and gave Deputy Guster permission to retrieve the IDs out of the trunk. When Deputy Guster opened the trunk and lifted the grey bag, a shotgun was found lying in the trunk under the bag. Deputy Guster stated that when he opened the grey bag, a .38 caliber revolver pistol was found in a sock lying in the side of the grey bag. According to Deputy Guster's police report, while speaking with Stokes, she informed him that Grant had access to the vehicle and weapons at all times. On June 27, 2024, I spoke to Deputy Guster via telephone and was advised the firearms are currently in custody at the Holmes County Sheriff's Officer property locker.

8.      ATF Special Agent Claudia Grigore has confirmed that the .38 caliber revolver pistol was manufactured in/transported from Spain. Given the above, there is probable cause to believe this firearm has traveled in and affected interstate and foreign commerce.

9.      I know from training and experience that firearms and firearm accessories are valuable commodities that are kept for long periods of time. I know it is common practice among individuals who illegally possess firearms to hide them upon their person, upon the persons of co-conspirators, and within vehicles they are using. I know it is particularly true that individuals with felony convictions conceal firearms for long periods of time because felons cannot legally purchase, own, or possess firearms, and therefore it is difficult for felons to readily acquire firearms.

Hiding the firearms outside the residence and in vehicles is common practice to prevent their firearms from being discovered by law enforcement in the event of the service of a search warrant.

10. I know from my training and experience it is common for individuals who are closely associated with and involved in criminal activity to share and commonly possess firearms. I know that firearms often physically change hands but will remain among those closely associated and involved in the criminal activity, thus allowing them to conceal the firearm from law enforcement in the event of a search warrant at any one location. I know from training and experience that criminals and their associates will often assist each other in hiding firearms and firearm accessories, or retaining their associate's firearms, to avoid detection from police. Again, I know this is particularly true when the individuals possessing the firearms are felons as the possession of firearms itself is a violation of the law. Latent fingerprints, palm prints, and DNA are frequently found on surfaces in firearm owners' residences and vehicles, and can be evidence of dominion, control, and possession of those residences, vehicle, and firearms.

11. Based on my training and experience, and in consultation with others in law enforcement, I am aware that DNA collected from Grant can be analyzed and compared to DNA samples collected from items of evidence, including firearms, magazines and ammo. I am also aware that DNA is a unique identifier that will assist

6

in establishing the role of Grant in the offense under investigation. After receipt of the DNA sample that is sought by this search warrant, the Federal Bureau of Investigation will take the sample to an FBI crime lab to compare Grant's DNA to evidence recovered by law enforcement.

## **Conclusion**

12.     Based on the foregoing, I have probable cause to believe that David Grant committed unlawful possession of a firearm in violation of 18 U.S.C. §922(g)(1). Furthermore, I have probable cause to believe that David Grant's DNA, which may be obtained by swabbing the interior cheek in his mouth, is evidence of the crime. I therefore request that the Court issue the proposed search warrant pursuant to Federal Rule of Criminal Procedure 41. I further request that the Federal Bureau of Investigation and its designated agents be permitted to collect a DNA sample from David Grant pursuant to the warrant.

Respectfully submitted,

TASK FORCE OFFICER ANDREW POLAS
PORTLAND POLICE BUREAU
FEDERAL BUREAU OF INVESTIGATION

Sworn to by the applicant in accordance with the requirements of Fed. R. Crim. P. 41 by telephone and email this _____ day of August, 2024 by Task Force Officer Andrew Polas.

MICHAEL J. FRANK
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF FLORIDA

# ATTACHMENT A
## PERSON TO BE SEARCHED

David Eugene Grant



Date of birth: ▮▮▮▮▮▮

SSN: ▮▮▮▮▮▮

FBI: ▮▮▮▮▮▮

SID: ▮▮▮▮▮▮

Grant is currently in custody at the Holmes County Jail located at 3207 Lonny Lindsey Dr., Bonifay, Florida.

## ATTACHMENT B
## EVIDENCE TO BE SEIZED

A buccal saliva sample taken from David Grant, the person described in Attachment A. The saliva will be collected using a "Sterile Cotton Tipped Applicator," the tip of which is placed in Grant's mouth and run along the gum line and under the tongue to collect as much saliva as necessary.

# ATTACHMENT C

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR MULTNOMAH COUNTY

STATE OF OREGON,

    Plaintiff

    v.

David Eugene Grace
Male Black, DOB:

    Defendant.

NO.

Police No. (Gresham PD) 2024-21271
PPB 24-890122

WARRANT OF ARREST

IN THE NAME OF THE STATE OF OREGON,
TO ANY POLICE OFFICER IN THE STATE OF OREGON, GREETINGS:

Information upon oath having been this day laid before me, charging the above-named defendant with the offenses of Assault in the Second Degree with a Firearm (ORS 163.185), Assault in the First Degree with a Firearm (ORS 163.185), Unlawful Use of a Weapon with a Firearm (ORS 166.220), and Possession of Weapons by Certain Felons with a Firearm (ORS 166.270).

YOU ARE HEREBY COMMANDED to arrest the above-named defendant forthwith and bring said defendant before me or, in case of my absence or inability to act before the nearest or most accessible magistrate in this county, or THIS magistrate is available to do so said defendant may be held at the Jailer of this county.

   X  You are hereby authorized to enter premises in which we have probable cause to believe that the person named is located, and make entry without giving notice of your authority and purpose.

Security Amount: Bail is attached: Held for appearance.

Issued in Multnomah County on

    Hon. Celia A. Howes
    Circuit Judge for Multnomah County

RETURN OF SERVICE

The undersigned Peace Officer hereby returns that he/she has executed the within WARRANT by arresting the within-named defendant on

    Name

    Agency

    Date or Place

Arrest Warrant
Portland Police Bureau Case 2024-21271 / 22 (Gresham PD) Case 2024-21271

County of Multnomah

IN THE NAME OF THE STATE OF OREGON

TO ANY PEACE OFFICER IN THE STATE OF OREGON, GREETINGS:

You are hereby commanded to search ███████ ██████ ████████, Portland, Multnomah County, Oregon, and the person of DAVID EUGENE GRANT, a black male with a DOB ███████ and Oregon State Identification Number (SID) ███████

For and to seize, search, analyze, and test the following:

A 9mm handgun, a shotgun, a red-hooded sweatshirt, ammunition, shell casings, bullets, magazines, cleaning equipment, holsters, gun boxes and cases, safes and lock boxes, trigger locks, gun parts and tools, targets, receipts, and bills of sale, wallets, credit cards and other items of identification, any DNA evidence, fingerprints, and other evidence related to the crimes of Attempt Murder in the Second Degree with a Firearm, Assault in the First Degree with a Firearm, Unlawful Use of a Weapon with a Firearm, and Possession of Weapons by Certain Felons with a Firearm, for the which occurred on May 24, 2024 at approximately 1147 hours as outlined in this affidavit.

Further, You and/or your agent or designee (i.e. other law enforcement, and/or non-law enforcement personnel) may for authorization to search for, seize and then test, if necessary, evidence of or information concerning the commission of the crime(s) of Attempt Murder in the Second Degree with a Firearm (ORS 163.115), Assault in the First Degree with a Firearm (ORS 163.185), Unlawful Use of a Weapon with a firearm (ORS 166.220) and Possession of Weapons by certain Felons with a Firearm (ORS 166.270); contraband, the fruits of crime, or things otherwise criminally possessed concerning the commission of the crime(s) of Attempt Murder in the Second Degree with a Firearm (ORS 163.115), Assault in the First Degree with a Firearm (ORS 163.185), Unlawful Use of a Weapon with a firearm (ORS 166.220), and Possession of Weapons by certain Felons with a Firearm (ORS 166.270), and property that has been used, or is possessed for the purpose of being used, to conceal the commission of the crime(s) of Attempt Murder in the Second Degree with a Firearm (ORS 163.115), Assault in the First Degree with a Firearm (ORS 163.185), Unlawful Use of a Weapon with a firearm (ORS 166.220), and Possession of Weapons by certain Felons with a Firearm (ORS 166.270); and any other physical evidence of the crime(s) of Attempt Murder in the Second Degree with a Firearm (ORS 163.115), Assault in the First Degree with a Firearm (ORS 163.185), Unlawful Use of a Weapon with a firearm (ORS 166.220), and Possession of Weapons by certain Felons with a Firearm (ORS 166.270).

You are authorized to deliver the seized firearms, spent casings, and any trace evidence to the OSP Forensic Laboratory for analysis of the aforesaid objects, and are authorized a reasonable amount of time for the analysis.

You are authorized to deliver the oral swabs or blood standards to the OSP Forensic Laboratory for analysis of these objects, and require a reasonable amount of time for the analysis. I do, at this event authorize the swabs, or blood standards to be collected in a medically

approved manner and environment by reasonable means, including ace of DAVID GRANT physically resists, for the purpose of testing and comparison with the evidence in this case.

You are authorized to utilize an unmanned aircraft system in and/or around ▮▮▮▮ ▮▮▮▮▮▮▮ beginning up to one hour before execution of the warrant commences and continuing until the location and/or person is secured, not to exceed ten days.

You are authorized to serve this warrant anytime day or night, including between the hours of 10:00PM and 7:00AM. You are authorized to serve this warrant more than five (5) days, but no more than ten (10) days after its issuance.

ISSUED over my hand on this ___ day of ___ , 20__ .

at approximately ___ . ___ a.m./p.m.

Signature of Magistrate
Hon. Celia A. Howes
▮▮▮▮ ▮▮ ▮ ▮▮▮
Title of Magistrate

1 County of Multnomah
2 IN THE NAME OF THE STATE OF OREGON
3 TO ANY PEACE OFFICER IN THE STATE OF OREGON, GREETINGS:
4
5 You are hereby commanded to search a silver 2026 Chevy Impala sedan bearing Illinois
6 ████████ License plate
7
8
9 For and to seize, search, analyze, and test the following:
10 A .40 Taurus pistol, a shotgun, a red hooded sweatshirt, ammunition, spent casings, bullets
11 a magazines, cleaning equipment, holsters, gun boxes and cases, safes and lock boxes, trigger
12 locks, gun parts and locks, fingerprints, and bits of sale, receipts, credit cards and other items
13 of identification, any DNA evidence, fingerprints, and any other evidence related to the crimes of
14 Attempt Murder in the Second Degree with a Firearm, Assault in the First Degree with a
15 Firearm, Unlawful Use of a Weapon with a Firearm, and Possession of Weapons by Certain
16 Felons with a Firearm, for the which occurred on May 24th, 2024 at approximately 1:47 hours as
17 outlined in this affidavit.
18
19 Further, you and/or your agent or designee to include law enforcement and non law
20 enforcement personnel pay for authorization to search for, seize and train test if necessary,
21 evidence of or information concerning the commission of the crime(s) of Attempt Murder in the
22 Second Degree with a Firearm (ORS 163.115), Assault in the First degree with a Firearm (ORS
23 163.185), Unlawful Use of a Weapon with a firearm (ORS 166.220), and Possession of Weapons
24 by certain Felons with a Firearm (ORS 166.270), contraband, the fruits of crime, or things
25 otherwise criminally possessed concerning the commission of the crime(s) of Attempt Murder in
26 the Second Degree with a Firearm (ORS 163.115), Assault in the First Degree with a Firearm
27 (ORS 163.185), Unlawful Use of a Weapon with a firearm (ORS 166.220), and Possession of
28 Weapons by certain Felons with a Firearm (ORS 166.270) and property that has been used, or
29 is possessed for the purpose of being used, to conceal the commission of the crime(s) of Attempt
30 Murder in the Second Degree with a Firearm (ORS 163.115), Assault in the First Degree with a
31 Firearm (ORS 163.185), Unlawful Use of a Weapon with a firearm (ORS 166.220), and
32 Possession of Weapons by certain Felons with a firearm, including, Unlawful Use of a Weapon
33 evidence of the crime(s) of Attempt Murder in the Second Degree with a Firearm (ORS
34 163.115), Assault in the First Degree with a Firearm (ORS 163.185), Unlawful Use of a Weapon
35 with a firearm (ORS 166.220), and Possession of Weapons by certain Felons with a Firearm
36 (ORS 166.270).
37
38 You are authorized to deliver the seized firearms, spent casings, and any trace evidence to
39 the OSP Forensic Laboratory for analyses of the aforesaid objects and are authorized a
40 reasonable amount of time for the analysis.
41
42 You are authorized to deliver the any and swabs or standards to the OSP Forensic
43 Laboratory for analysis of these objects, and request a reasonable amount of time to the
44 analysis. I request this count authorize in sworn to proof standards be collected in a medically
45 approved manner, and any unnatural by possessing commandment in force if DAVID GRANT
46 physically reason, to the purposes of testing and comparison we are the evidence object in this case

1       You are authorized to serve this warrant anytime day or night, including between the
2  hours of 10:00PM and 7:00AM.  You are authorized to serve this warrant more than five (5)
3  days, but no more than ten (10) days, after its issuance

4

5

6       ISSUED over my hand on this       day of            , 20

7  at approximately   :    am/pm.                     Hon. Celia A. Howes

8

9                                  Signature of Magistrate

10
11                                  Title of Magistrate

# IN THE CIRCUIT COURT OF THE STATE OF OREGON

## FOR MULTNOMAH COUNTY

THE STATE OF OREGON,                      DA 051-1081273

                      Plaintiff,

                                          STATE'S MOTION TO SEAL THE INFORMATION

v.

DAVID EUGENE GRANT, JR.

                      Defendants

Comes now, the State of Oregon, by and through Deputy District Attorney Mackenzie Ludwig, moving this Honorable Court to seal the Information and remove any reference of the case on OJIN or OECI regarding the above captioned case until further order of the Court. Currently, defendant DAVID EUGENE GRANT, JR., is unrepresented on this case, and does not know of its existence. Further, we have information that the named victim is at further risk of harm.

As reasons for this motion, the State submits that this Information contains the details of the pending charges and sensitive information as it relates to the cooperation and safety of the named victim. To make the Information public at this point would jeopardize both the investigation and the safety of one or more witnesses.

Mike Schmidt
Multnomah County District Attorney


DDA Mackenzie Ludwig, OSB#185998
Deputy District Attorney

IT IS HEREBY ORDERED that the Information in the above captioned case is sealed and any reference of the case on OJIN or OECI be removed and/or sealed until further order of the Court.

Dated.

Hon. Celia A. Howes


Multnomah County Circuit Court Judge

STATE'S MOTION TO SEAL THE INFORMATION

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR MULTNOMAH COUNTY

| | | |
|---|---|---|
| STATE OF OREGON, | | Court No. |
| | Plaintiff, | DA No. 05 085CT1 |
| vs. | | Crime Report: |
| DAVID EUGENE GRANT, JR. | | Portland Police Bureau, #24-89122 |
| DOB: | | Gresham Police Department: 24-21371 |
| SID: | | |
| FBI: | | Secret Information |
| aka DAVID EUGIN GRANT JR | | |
| aka DAVID EUGN GRANT JR | | INFORMATION OF |
| | Defendant. | THE DISTRICT ATTORNEY |

The above-named defendant is accused by this information of the crimes committed as follows:

## COUNT 1

### ATTEMPTED MURDER IN THE SECOND DEGREE, ORS 161.405/163.115, a Class A Felony

The defendant, DAVID EUGENE GRANT JR, on or about May 24, 2024, in Multnomah County, Oregon, did unlawfully and intentionally, attempt to cause the death of Devon an Tooler, another human being, contrary to the statutes in such cases made and provided and against the peace and dignity of the State of Oregon.

The State further alleges that during the commission of this felony, the defendant used and threatened the use of a firearm.

## COUNT 2

### ASSAULT IN THE FIRST DEGREE, ORS 163.185, a Class A Felony

The defendant, DAVID EUGENE GRANT JR, on or about May 24, 2024, in Multnomah County, Oregon, did unlawfully and intentionally cause serious physical injury to Devon an Vaa ne Tooler, by means of a firearm, a deadly or dangerous weapon, contrary to statutes in such cases made and provided, and against the peace and dignity of the State of Oregon.

The State further alleges that during the commission of this felony, the defendant used and threatened the use of a firearm.

## COUNT 3

### UNLAWFUL USE OF A WEAPON, ORS 166.220(1)(a), a Class C Felony

The defendant, DAVID EUGENE GRANT JR, on or about May 24, 2024, in Multnomah County, Oregon, did unlawfully attempt to use, carry with intent to use and possess with intent to use unlawfully against Devon an Vaa ne Tooler a firearm, a deadly or dangerous weapon, contrary to statutes in such cases made and provided, and against the peace and dignity of the State of Oregon.

The State further alleges that during the commission of this felony, the defendant used and threatened the use of a firearm.

Page 1 of 3 - INFORMATION OF DISTRICT ATTORNEY

MULTNOMAH COUNTY DISTRICT ATTORNEY
600 N.E. 8th Ave, Suite 600, Portland, OR 97232-0000
T: 503-988-3162 F: 503-988-3643

## COUNT 4

### FELON IN POSSESSION OF A FIREARM, ORS 166.270, a Class C Felony

The defendant, DAVID EUGENE GRANT JR, on or about May 24, 2024, in Multnomah County, Oregon, having previously been convicted in Washington County, Oregon on April 4, 2020 of the felony of Felony Assault in the Fourth Degree Constituting Domestic Violence, did unlawfully and knowingly have in said defendant's possession, custody or control and own a firearm, contrary to statutes in such cases made and provided, and against the peace and dignity of the State of Oregon.

The State further alleges that during the commission of this felony, the defendant used and threatened the use of a firearm.

The counts in this charging instrument are part of the same act and transaction

The counts in this charging instrument are of the same and similar character

The counts in this charging instrument are based on two or more acts and transactions constituting parts of a common scheme and plan

Dated at Portland, Oregon, in the county aforesaid, on June 7, 2024.

MIKE SCHMIDT
District Attorney
Multnomah County, Oregon

By _____
Mackenzie M Ludwig, OSB# 185998
Deputy District Attorney

Uniform Complaint

Multnomah County District Attorney
1200 SW 1st Avenue, Suite 5200  Portland, OR 97204-1193
P (503)988-3162 F (503)988-3644

## IN THE CIRCUIT COURT OF THE STATE OF OREGON

## FOR MULTNOMAH COUNTY

STATE OF OREGON

COUNTY OF MULTNOMAH

AFFIDAVIT FOR ARREST WARRANT
AND SEARCH WARRANT

I, Andrew G. Polas, DPSST #43489, upon my oath, do herby denose and say I am a sworn police officer for the Portland Police Bureau (PPB). I have been a police officer for 26 years and two months. I have received over 3200 hours of training regarding criminal investigations and law enforcement techniques. Prior to my employment with the Portland Police Bureau, I attended Western Oregon University where I received a Bachelor Degree in Social Science and a Minor in Sports Science. I attended the Oregon Police Corps academy in which I received six months of extensive and advanced training in police tactics and investigations, as well as a 12-week PPB advanced academy. During my police career, I worked as a patrol officer for six years, the Gang Enforcement Team for nine years, the Gun Violence Reduction Team for one year, and most recently assigned to the Special Resource Division Enhanced Community Safety Team. As a member of the Gang Enforcement Team and Gun Violence Reduction Team, I have investigated many violent crimes to include assaults, menacing, attempt murders, shootings, stabbings, and hundreds of firearms arrests and investigations.

## PURPOSE OF AFFIDAVIT

This affidavit encompasses facts surrounding the investigation in an Attempt Murder in the Second Degree with a Firearm (ORS 163.1151), Assault in the First Degree with a Firearm (ORS 163.185), Unlawful Use of a weapon with a Firearm (ORS166.220), and Possession of Weapons by Certain Felons with a Firearm (ORS 166.270) that occurred around 1:49 AM on May 14, 2024, at ███ ███████████, City of Portland, County of Multnomah, State of Oregon, and which is documented on Gresham Police Department case number 24-21271, and Portland Police Bureau case number 24-89122.

I am seeking an arrest warrant for DAVID EUGENE GRANT, a Black male with a date of birth (DOB) ██████████, and Oregon State Identification Number (SID) ████████, for the crimes of Attempt Murder in the Second Degree with a Firearm (ORS 163.1151), Assault in the First Degree with a Firearm (ORS 163.185), Unlawful Use of a Weapon with a Firearm (ORS 166.220), and Possession of Weapons by Certain Felons with a Firearm (ORS 166.270), which occurred

within the City of Portland, County of Multnomah, State of Oregon. I am also seeking a search warrant for DAVID EUGENE GRANT, a Black male with a date of birth (DOB) [redacted], and Oregon State Identification Number (SID) [redacted], the residence of [redacted] Portland, Multnomah County, Oregon; a silver 2020 Chevy Impala bearing Illinois License Plate [redacted]. This affidavit establishes probable cause that evidence of the crimes of Attempt Murder in the Second Degree with a Firearm ORS 163.115, Assault in the First Degree with a Firearm ORS 163.185, Unlawful Use of a Weapon with a Firearm ORS 166.220, and Possession of Weapons by Certain Felons with a Firearm ORS 166.270, will be found upon the person of DAVID EUGENE GRANT, as well as inside the residence and vehicle.

This affidavit is intended to provide probable cause to support the issuance of an arrest warrant and search warrant, and does not set forth all of the information acquired during the course of this investigation. I have probable cause to believe one or more objects of this requested search relates to an offense triable in Multnomah County, Oregon.

## EVENTS LEADING TO THE REQUEST FOR SEARCH WARRANT

On April 10, 2024, I received a phone call from BRANDON TAYLOR from the Multnomah County Parole and Probation Office. TAYLOR informed me he supervises DAVID GRANT and that he is currently in warrant status for not checking in. TAYLOR informed me DAVID GRANT is on felony probation stemming from an assault charge. I became aware of DAVID GRANT via TAYLOR advising me he had received information that DAVID GRANT has been in possession of a pistol, a shotgun, and an assault rifle. TAYLOR told me the information came from someone who is close to DAVID GRANT, and he was informed that DAVID GRANT made statements that he is not going back to prison and will shoot it out with the police if they try and stop him.

TAYLOR told me DAVID GRANT lives at [redacted] Gresham, Oregon, and is supposed to be driving a silver Chevy Impala with Illinois plates. On May 1, 2024, Officer RYAN ESPANA #48728 and I drove out to [redacted] located a silver Chevy Impala parked in the back parking lot of the apartment complex. The vehicle was backed in and I could see it had Illinois plate [redacted] affixed to the front of the car. On May 1, 2024, I conducted in person surveillance at [redacted] and personally observed DAVID GRANT use keys to open the front door to [redacted] go inside. DAVID GRANT was wearing a red hooded sweatshirt and black pants. The front door to [redacted] t [redacted] s on the first floor and directly faces [redacted]

I conducted electronic surveillance from May 1, 2024 to May 8, 2024, and personally verified that DAVID GRANT is living at [REDACTED]. I observed him stay the night at the apartment and multiple times leave early in the morning around 8:00 AM. I also observed DAVID GRANT driving the silver Chevy Impala with Illinois plate [REDACTED] on a daily basis. Based on electronic surveillance footage it appears DAVID GRANT is living with a white female later identified in this investigation as [REDACTED] STOKES.

On May 23, 2024 at 1:49 AM, the Gresham Police Department responded to a shooting call located at [REDACTED]. I read a police report written by Officer Eric Mizutani #44637 documented in Gresham Police Department Case #24-11771, and learned on May 24, 2024 at 1:49 AM Officer Mizutani responded to a shooting call at [REDACTED] located a single 9mm Ruger spent shell casing in the westbound lane of E Burnside St. According to Officer Mizutani's police report he also located a single 9mm round in the westbound lane of E Burnside St.

Officer Mizutani reported he spoke to a witness at the scene identified as MIGUEL ANGEL. MIGUEL ANGEL said approximately ten minutes prior to police arrival on scene he witnessed a verbal argument between three males which led to one of the males getting shot. MIGUEL ANGEL stated the argument was between a group of two Black males and another single Black male. According to Officer Mizutani's police report MIGUEL ANGEL told him he saw two Black males assaulting another Black male and then he heard three gunshots. MIGUEL ANGEL said he did not know where the two Black males doing the assault ran to, but he saw the victim Black male run south across the train tracks into an midtown apartment complex. MIGUEL ANGEL told Officer Mizutani that the male who fired the gun shots was wearing a red hooded sweatshirt with dark colored pants.

I then read a police report written by Officer Jeffrey Cordes #43576 documented under Gresham Police Department case #24-21771 and learned on May 23, 2024 at 3:23 AM Officer Cordes spoke with DAYADA POOLER who is the sister of DONOVAN POOLER, after she had called 911 saying her brother had been shot. DAYADA POOLER told Officer Cordes that her brother DONOVAN POOLER had been shot and the police needed to hurry up and get to him. DAYADA POOLER told Officer Cordes that DONOVAN POOLER was at the Crystal Creek Commons located at 279 SE 162nd Ave and that he could only send text messages because he was using a tablet and not a phone. In Officer Cordes police report, he notes DAYADA POOLER sent him screen shots of the texts she had received from DONOVAN POOLER. One of the text messages from DONOVAN POOLER to DAYADA POOLER said, "You got to get in contact of here sis im in a lot."

According to Officer Cordes' police report, at 3:31 AM Officer Cordes along with three additional Gresham police officers responded to the Crystal Creek Commons located at 279 SE 162nd Ave to look for DONOVAN POOLER. Officer Cordes reported when they arrived, he could see a male standing next to apartment #279 who looked like DONOVAN POOLER holding a tablet and grimacing in pain. Officer Cordes documented that they moved up to contact DONOVAN POOLER and located a single gunshot wound to the lower left side of his back. Medical was called to the scene to tend to DONOVAN POOLER and transport him to the hospital. According to Officer Cordes' police report, DONOVAN POOLER told him he did not want to be involved and indicated to Officer Cordes he was not going to say anything about who shot him.

On May 25, 2024, I reviewed electronic surveillance footage at ███████████████████ at or the time of the shooting on May 24, 2024 at 1:47 AM and observed the following. At 1:47:20 AM DAVID GRANT and ██████████ STOKES arrive to the location in the silver Chevy Impala bearing Illinois plate ████████ and park in the parking lot just west of ██████████



██ I was able to positively identify DAVID GRANT and AIYANA STOKES based on weeks of watching electronic surveillance and I know this to be DAVID GRANT and ██████████ STOKES, the same two people I have continuously observed on video. DAVID GRANT is wearing a large red hooded sweatshirt and black pants as described by MIGUEL ANGEL in Officer Mizutani's police report. DAVID GRANT and ██████████ STOKES slowly walk east on the sidewalk towards the front door of their apartment.

At 1:47:45 AM, DONOVAN POOLER comes around the corner from the east end of the building and DAVID GRANT and DONOVAN POOLER come face to face with each other. DAVID GRANT and DONOVAN POOLER both run south out of camera view, and then at 1:48:09 AM DONOVAN POOLER falls down into camera view and his body appears motionless on the ground. At 1:48:18 AM, DAVID GRANT comes back into camera view simultaneously as DONOVAN POOLER is getting up off the ground and runs away from DAVID GRANT back out of camera view. At 1:48:31 AM, DAVID GRANT gets into the silver Chevy Impala bearing Illinois plate ████████ and drives away from the location. See images below.

On June 4, 2024, I spoke to [REDACTED] STEELE via telephone. [REDACTED] STEELE is the sister of [REDACTED] A STOKES and she personally told me the following. [REDACTED] STEELE is extremely concerned for her sister's safety and told me her sister's boyfriend, DAVID GRANT, is consistently physically assaulting [REDACTED] STOKES. [REDACTED] STEELE confirmed with me that [REDACTED] STOKES and DAVID GRANT live together at [REDACTED] Portland, Multnomah County, Oregon.

[REDACTED] STEELE told me she made a trip to Portland, Oregon in an attempt to get [REDACTED] STOKES to move out of state with her to get her away from DAVID GRANT. [REDACTED] STEELE told me when she was inside [REDACTED] STOKES' and DAVID GRANT's apartment, she personally observed DAVID GRANT had a handgun sitting on the kitchen counter, and a shotgun propped up against the couch. [REDACTED] STEELE said she also saw a box of shotgun she is sitting right next to DAVID GRANT as he sat on the couch. [REDACTED] STEELE explained to me DAVID GRANT was always around and never gave her time alone with her sister to convince her to move.

On April 11, 2024, I queried DAVID EUGENE GRANT, a Black male with a DOB of [REDACTED] and Oregon State Identification number (SID) [REDACTED], in the Oregon Law Enforcement Data System (LEDS) and located a record. This record indicated DAVID GRANT is a convicted felon for a 2020 conviction for Felony Assault in the Fourth Degree (ORS 163.160), a 2020 conviction for Tampering with a Witness (ORS 162.285), a 2012 conviction for Felony Assault in the Fourth Degree (ORS 163.160), a 2006 conviction for Escape in the Second Degree (ORS 162.155), and a 2004 conviction for Assault in the Third Degree (ORS 163.165)

Description: ████ , City of Portland, County of Multnomah, State of Oregon. The residence is a three story residential apartment building located at the North side of ████████████. The apartment building is within road ten with several awnings with bay windows ████████ advised in a horizontal pattern on the West end of the building facing ████████████.

This building is part of a large apartment complex, and is located in the center of the building and shares a small with apartment floor ████ has a white wood front door with a large center glass windowpane with the knob and lock on the left hand side. The door numbers are affixed in a horizontal pattern on the center exit on the top portion of the door.

## TRAINING AND EXPERIENCE

I know from training and experience that firearms and firearm accessories are valuable commodities that are kept for long periods of time. I know it is common practice among persons who illegally possess firearms to secure the firearm upon their person, upon the premises of co-conspirators, within associates they are using, within their residence, and within the boundaries of the curtilage of their residence. I know it is not odd that firearms are kept concealed for long periods of time when the person possessing it retains it. Because firearms cannot easily lawfully purchase firearms. Securing of the firearm outside the residence, but within the boundaries of the residential curtilage is a practice of persons who illegally possess firearms and is an attempt on their part to prevent the firearms from being stolen by other persons in the criminal community, and to prevent their firearms from being discovered by law enforcement in the event they serve a valid search warrant.

I know from training and experience that persons involved in the illegal possession of firearms will oftentimes keep accessories to make effective firearms. Firearm accessories will oftentimes items of identification, documents, electronic devices that can be used to identify the possessors of firearms, and that evidence justice services and residences. I know firearms accessories can be used to identify the persons committing these one. I know that by retaining and securing this firearm evidence, that it not only is found using items such, from town, thefts, and frequencies.

I know from my training and experience that firearms and firearm accessories can be but not limited to the firearm themselves, ammunition, ammunition small casings, magazines.

cleaning equipment, holsters, gun boxes and cases, safes and lock boxes, trigger locks, gun parts and tools, targets, receipts, and bills of sale, are relevant to the possession, dominion, and control of a firearm. I know from my training and experience that people who possess firearms will often inadvertently document this possession through photographs, videotape, digital images, electronic memories and personal correspondence.

I know through training and experience that people involved in criminal activities often use vehicles to conceal their firearms and related items. Very often, the vehicles used are not registered to the persons who actually own or control them. This is common practice among criminal community to avoid law enforcement, to prevent the police from easily identifying the operators of the vehicle, and to help prevent forfeiture of the vehicle if the offender is apprehended.

I know from training and experience that people often carry evidence of their true identity in vehicles they operate. These items of identification include, but are not limited to, vehicle registration forms, driver's licenses or identification cards, credit card receipts, mail, proof of automobile insurance, and items engraved or marked with identifying numbers or names of persons operating the vehicle. Such evidence can help identify the operator of the vehicle or their co-conspirators.

I know from training and experience that video surveillance equipment often times includes, but is not limited to, surveillance cameras, computers, digital video recorders (DVR), computer or television monitors, hard drives, and flash memory. I know from my training and experience that the storage and retention capabilities of video surveillance equipment often varies between the different makes and models and that once the recorded video is written over it cannot be recovered or it is very difficult and costly to recover.

I know from my training and experience that, during the course of most searches of residences or motel rooms, items of identification such as letters, bills, rent receipts, checks, check stubs, professional licenses, driver's licenses, identification cards, school identification cards, tax records, and the like are discovered and are relevant to the issue of identity of the possessor of the firearms and firearms accessories found.

I know from my training and experience that it is common for persons to store valuable commodities in safes to prevent theft. I also know that it is common for persons involved in criminal activity to store firearms, narcotics, and other forms of contraband in safes to secure these items in an attempt to prevent theft and detection by law enforcement.

I know from training and experience that the Oregon State Police (OSP) Forensic Laboratory can perform forensic examinations of bullets, casings, guns, and ammunition to ascertain if the characteristics are similar, and whether bullets and casings came from a particular firearm. I know from training and experience that the OSP Forensic Laboratory can conduct scientific analyses of firearms, shell casings, clothing, fabrics, and other items of evidence for body fluids and cellular matter that contain DNA profiles. I know the OSP Forensic Laboratory can compare those profiles to standards collected from the oral swabs, or blood standards, of a subject to determine if the subject is the sole or combined contributor of the genetic markers left on the evidence.

I know from training and experience that human DNA is often considered evidence which is helpful in furthering criminal investigations. I know DNA is often located and/or extracted from items such as hair, blood, sweat, skin cells, and other bodily substances. I know these items are often left at the scene of a crime, or found in trace quantities on evidence such as, but not limited to, weapons and clothing. I know from training and/or experience, and conversations with the OSP Forensic Laboratory staff and forensic scientists, Portland Police Bureau criminalists and detectives, that the OSP Forensic Laboratory can make comparisons of DNA evidence to link DNA evidence to known suspects, victims, and/or evidence. Furthermore, I know DNA standards from suspects are needed for the forensic analysis of evidence seized in this case. I also know that if recovered, firearms can be swabbed for DNA which can be compared to DNA standards taken from suspects.

I know through my training and experience the Oregon State Police Forensic Laboratory can make comparisons of DNA profiles to link DNA evidence to a known suspect(s). Furthermore, I know through my training and experience the Oregon State Police Forensic Laboratory needs known DNA standards from the suspect(s) to facilitate comparisons.

I know through my training and experience as a Portland Police Gang Enforcement Officer, and from conversations with Oregon State Police forensic scientists, that items of evidence, such as swabbings taken from the mouth or blood samples taken from the body of a criminal suspect, can be compared to trace evidence left on surfaces where suspects sometimes deposit saliva, blood, and other biological trace evidence, as well as being compared against DNA profiles maintained in the Oregon State Police Crime Lab DNA databases and other National DNA databases such as CODIS.

I know through my training and experience the OSP Forensic Laboratory will not positively identify the DNA from evidence samples as belonging to an offender until a DNA sample with a verifiable chain of custody is provided to them for analysis and comparison.

I know through my training and experience dealing with DNA evidence that oral swabs are the preferable form of DNA collection, but a blood sample is acceptable if oral swabs are not possible or practical. Furthermore, I know through my training and experience the collection of

oral swabs is one of the least invasive methods of DNA collection available to investigators

I know that based on the presence of firearms, and the serious nature of the crimes committed, there is inherent danger to law enforcement officers involved in the execution of an arrest warrant or a search warrant. I know the cover of darkness provides a tactical advantage for officers involved in the execution of an arrest warrant or a search warrant. I know that due to the inherent dangers involved in the execution of arrest warrants or search warrants involving weapons, the Special Weapons and Training (SWAT Team) may be used to take wanted suspects into custody. I know that when SWAT is used for arrest warrant custodies or search warrant entries, the amount of time for planning and warrant execution is greatly increased, and SWAT may be diverted to respond to unplanned in progress emergency situations at any given time.

I know the Gresham Police Department owns and operates one or more unmanned aircraft system(s) (UAS) as defined in ORS 837.300(4). I know the UAS is registered with, and complies with, all Oregon Department of Aviation and Federal Aviation Administration (FAA) laws and regulations. I know the Gresham Police Department employs an FAA-licensed operator who is trained to operate the UAS within all local, state, and federal regulations. I know the UAS operated by the Gresham Police Department collects and records visual media evidence in the form of digital photographs and digital video, and the camera system(s) on the UAS are capable of capturing and recording images both during the day and at night using high-definition lenses and thermal technology.

That I know Oregon Revised Statute 837.320 authorizes a law enforcement agency to operate an unmanned aircraft system (UAS) to acquire information and disclose information acquired through the operation of an unmanned aircraft system. Per ORS 837.320, a search warrant authorizing the use of an unmanned aircraft system may authorize the use of the unmanned aircraft system by a law enforcement agency for a period of no more than 30 days. Based on my training and experience, I know pre-service surveillance using the UAS provides law enforcement information which can be used to make better informed decisions on tactics that allow for enhanced safety of suspects, witnesses, bystanders, and law enforcement officers. I further know the UAS can be used immediately before and during the execution of a search warrant to provide overwatch and observation of areas not visible to officers on the ground, thus increasing the safety of both law enforcement and the person(s) to be arrested or within the location(s) to be searched.

PROBABLE CAUSE STATEMENT

Based on the above information, I have probable cause that DAVID EUGENE GRANT, a Black male with a date of birth (DOB) ██████ and Oregon State Identification (SID) Number ██████ committed the crimes pertaining to Gresham Police Department case number 24-212271 and Portland Police Bureau case number 24-890234, of Attempt Murder in the Second Degree with a Firearm (ORS 163-115), Assault in the first Degree with a Firearm (ORS 163-185), Unlawful Use of a Weapon with a Firearm (ORS 166-220), and Possession of Weapons by Certain Persons with a Firearm (ORS 166-270) on May 2, 2023 at approximately ███ :47 AM at ████████ Portland, County of Multnomah, State of Oregon

I request a warrant of arrest be issued for DAVID EUGENE GRANT, a Black male with a DOB ██████ and Oregon State Identification number (SID) ██████ for the crimes of Attempt Murder in the Second Degree with a firearm (ORS 163-115), Assault in the First Degree with a Firearm (ORS 163-185), Unlawful Use of a Weapon with a firearm (ORS 166-220), and Possession of Weapons by Certain Persons with a firearm (ORS 166-270)

Based upon the above information, I believe that is more than sufficient that evidence of the crimes of Attempt Murder in the Second Degree with a Firearm (ORS 163-115), Assault in the First Degree with a Firearm (ORS 163-185), Unlawful Use of a Weapon with a Firearm (ORS 166-220), and Possession of Weapons by Certain Persons With a Firearm (ORS 166-270) will be located on the Person of DAVID EUGENE GRANT, inside a residence of the City of Portland, County of Multnomah, State of Oregon, and on the Silver 2020 Chevy Trax, bearing Oregon license plate ████████

PRAYER FOR WARRANT

Therefore, I request the above entitled Court issue a warrant to seize, search, analyze and or test the following items:

Body:
The subject of DAVID EUGENE GRANT, a Black male with a DOB ██████ and Oregon State Identification Number (SID) ██████

Residence:

The subject residence located at [REDACTED] Portland, Multnomah County, Oregon.

## Vehicle:

A 2020, four-door, silver Chevy Impala sedan bearing Illinois License plate [REDACTED] registered to [REDACTED] Stokes (The mother of [REDACTED] Stokes)

## For:

Evidence in violation of the crimes of Attempt Murder in the Second Degree with a Firearm (ORS 163.115), Assault in the First Degree with a Firearm (ORS 163.185), Unlawful Use of a Weapon with a firearm (ORS 166.220), and Possession of Weapons by Certain Felons with a Firearm (ORS 166.270). That this search be conducted for items mentioned above, including but not limited to: A 9mm handgun, a shot gun, a red hooded sweatshirt, ammunition, shell casings, bullets, magazines, cleaning equipment, holsters, gun boxes and cases, safes and lock boxes, trigger locks, gun parts and tools, targets, receipts, and bills of sale, wallets, credit cards and other items of identification, any DNA evidence, fingerprints, and oral swabs of blood standards from DAVID GRANT, a Black male with a DOB [REDACTED] and Oregon State Identification number (SID) [REDACTED], for DNA profile comparison, and any other evidence related to the crimes of Attempt Murder in the Second Degree with a Firearm (ORS 163.115), Assault in the First Degree with a Firearm (ORS 163.185), Unlawful Use of a Weapon with a firearm (ORS 166.220), and Possession of Weapons by Certain Felons with a Firearm (ORS 166.270), which occurred on May 25, 2024, at approximately 0147 hours as outlined in this affidavit.

Further, you and/or your agent or designee to include law enforcement and non-law enforcement personnel pray for authorization to search for, seize and then test, if necessary, evidence of or information concerning the commission of the crime(s) of Attempt Murder in the Second Degree with a Firearm (ORS 163.115), Assault in the First Degree with a Firearm (ORS 163.185), Unlawful Use of a Weapon with a firearm (ORS 166.220), and Possession of Weapons by Certain Felons with a Firearm (ORS 166.270); contraband, the fruits of crime, or things otherwise criminally possessed concerning the commission of the crime(s) of Attempt Murder in the Second Degree with a Firearm (ORS 163.115), Assault in the First Degree with a Firearm (ORS 163.185), Unlawful Use of a Weapon with a firearm (ORS 166.220), and Possession of Weapons by Certain Felons with a Firearm (ORS 166.270); and property that has been used, or is possessed for the purpose of being used, to conceal the commission of the crime(s) of Attempt Murder in the Second Degree with a Firearm (ORS 163.115), Assault in the First Degree with a Firearm (ORS 166.220), and Possession of Weapons by Certain Felons with a Firearm (ORS 166.270), and any other physical evidence of the crime(s) of Attempt Murder in the Second Degree with a Firearm (ORS 163.115), Assault in the First Degree with a Firearm (ORS 163.185), Unlawful Use of a Weapon with a firearm (ORS 166.220), and Possession of Weapons by Certain Felons with a Firearm (ORS 166.270).

And to seize, search, photograph, test, and analyze the aforesaid objects of the search for the State of Oregon, County of Multnomah

I request the option to deliver the oral swabs or blood standards to the OSP Forensic Laboratory for analysis of these objects, and request a reasonable amount of time for the analysis. I request the court authorize the swabs, or blood standards, be collected in a medically approved manner and environment by reasonable means, including by force if DAVID GRANT physically resists, for the purpose of testing and comparison with the evidence in this case.

I request the option to deliver the seized firearms, spent casings, and any trace evidence to the OSP Forensic Laboratory for analysis of the aforesaid objects, and request a reasonable amount of time for the analysis.

I request the option to serve this warrant anytime day or night, including between the hours of 10:00PM and 7:00AM. I request the option to serve this warrant more than five (5) days, but no more than ten (10), days after its issuance for the following reasons:

1. The element of darkness and the lateness of hour would afford the officers some degree of certainty that the entry could be gained into the premises more quickly and more safely, while also minimizing the possibility of being detected and the potential for escape of the suspects. The lateness of hour would ensure that Officers executing the search warrant would have an element of surprise and would decrease the chances of DAVID GRANT retrieving a firearm;

2. I believe there is inherent danger involved in the execution of this search warrant, which involves the possession and unlawful use of a firearm by DAVID GRANT. DAVID GRANT shot another human being on May 24, 2024. Concern is held for the safety of the officers executing the search warrant should the officers be discovered prior to the entry of said premises

3. The use of the SWAT team may call for an undetermined amount of planning and surveillance based on the information provided by the investigating officers and the overall environmental conditions concerning the safe execution of the requested search warrants.

Lastly, I request that this affidavit and warrant be sealed until otherwise ordered by the court, excepting that it may be provided in discovery to defense counsel subject to the terms of any existing protective order in this case, for the purpose of protecting individuals involved in the investigation and in order not to compromise the integrity of related ongoing investigations.

Andy Polas

Affiant

I certify that a copy of the foregoing document was
served upon all parties of record in this proceeding
and served in accordance with the requirements of
the Michigan Court Rules and/or the applicable
statute.

John Smith . Clerk

SUBSCRIBED AND SWORN TO before me on this _____ day of _____, 20___

at approximately _____ : _____ am pm

Hon. Celia A. Howes
_____